UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS BARNETT and WILLIAM BARNETT,

        Plaintiffs,

   v.

T.D. ESCROW SERVICES, INC., et al.,

        Defendants.

CASE NO. C05-799JLR

ORDER OF DISMISSAL

    On September 23, 2005 this court issued an amended minute order (Dkt. # 32) directing the parties to show cause by October 7, 2005 why this case should not be dismissed for failure to submit a joint status report. The court reaffirmed this directive in its order granting summary judgment for Defendant Wilshire Credit Corporation on September 27, 2005. (Dkt. # 33). As of the date of this order, the parties have not submitted the joint status report. Accordingly, the court ORDERS that this action and any and all remaining claims are DISMISSED with prejudice.

    DATED this 14th day of October, 2005.

                                        JAMES L. ROBART
                                        United States District Judge

ORDER OF DISMISSAL